UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRYL MAURICE YOUNG,

Plaintiff,

v.

SAN FRANCISCO HOUSING
AUTHORITY, et al.,

Defendants.

Case No. 26-cv-02860-TSH

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND MOTION TO EXTEND TIME TO RESPOND**

Re: Dkt. Nos. 17, 19

Pending before the Court is Plaintiff Darryl Maurice Young's "Motion for Leave of Court to File Judicial Notice and Addendum to Complaint." ECF No. 16. Plaintiff has also filed a First Amended Complaint, which the Court construes as his proposed amended complaint. ECF No. 15. The Court finds good cause to permit the amendment and therefore **GRANTS** his request. The Court advises Plaintiff that his amended complaint replaces the original complaint, meaning the original complaint is treated as non-existent. *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) ("It is well-established in our circuit that an amended complaint supersedes the original, the latter being treated thereafter as non-existent.") (internal quotations and citation omitted).

Defendant San Francisco Housing Authority has also filed a Motion to Extend Time to Respond to Complaint (ECF No. 19), which Plaintiff opposes (ECF No. 20). Good cause appearing, the Court **GRANTS** Defendant's request. The deadline for Defendant to file a response to the First Amended Complaint is extended to May 25, 2026.

**IT IS SO ORDERED.**

Dated: May 4, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California