UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL MAURICE YOUNG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO HOUSING<br>AUTHORITY, et al.,<br><br>　　　　　Defendants. | Case No.  26-cv-02860-TSH<br><br>**ORDER DIRECTING SERVICE AS TO<br>DEFENDANT AVALONBAY<br>COMMUNITIES, INC.** |

On April 3, 2026, the Court granted Plaintiff Darryl Maurice Young's application to proceed in forma pauperis, screened his original complaint under 28 U.S.C. § 1915(e)(2), and directed service on Defendant San Francisco Housing Authority.  ECF No. 7.  Plaintiff has now filed an amended complaint that adds Avalonbay Communities, Inc. as a defendant.  ECF No. 15. The Court has engaged in a preliminary screening to ensure the complaint states a claim, is not frivolous, and does not seek monetary relief against a defendant who is immune from such relief. Accordingly, the Clerk of Court shall issue summons as to Defendant Avalonbay Communities, Inc., and the Clerk's Office or the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint and amended complaint, the Court's orders to date, and any other documents in the file upon Defendant Avalonbay.

**IT IS SO ORDERED.**

Dated: May 4, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California