UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRYL MAURICE YOUNG,

Plaintiff,

v.

AVALONBAY COMMUNITIES, INC.,

Defendant.

Case No.  3:26-cv-02860-JSC

**SECOND ORDER DIRECTING SERVICE AS TO DEFENDANT AVALONBAY**

Re: Dkt. Nos. 28, 34

Plaintiff, who is representing himself, filed this civil action against the San Francisco Housing Authority.  (Dkt. No. 1.)  Magistrate Judge Hixson granted Plaintiff leave to proceed in forma pauperis and granted him leave to file a First Amended Complaint adding AvalonBay Communities as a Defendant.  (Dkt. Nos. 7, 15, 21.)  Judge Hixson directed the clerk to issue the summons and the U.S. Marshal to complete service of process on AvalonBay.  (Dkt. No. 22.)  The U.S. Marshal was unable to effectuate service at the address provided and Judge Hixson ordered Plaintiff to provide an address for service.  (Dkt. No. 28.)  Meanwhile, the San Francisco Housing Authority appeared and filed a stipulation to dismiss the claims pled as to it.  (Dkt. No. 29.)  Judge Hixson then directed the case to be reassigned to a district judge and the undersigned judge granted the stipulation of dismissal.  (Dkt. No. 32.)  Plaintiff has now provided an address for service on AvalonBay Community based on documents on file with the California Secretary of State.  (Dkt. No. 34.)

Accordingly, the Clerk of Court shall issue summons as to Defendant AvalonBay Communities, Inc., using the address at Docket No. 34 and the Clerk's Office or the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint and amended complaint, the Court's orders to date, and any other documents in the file

upon Defendant AvalonBay.

**IT IS SO ORDERED.**

Dated: June 8, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California

2